# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-0775
LT Case No. 2022-CF-005093-A

———————————————————

JORDAN GERARD THOMAS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Nancy Ryan, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Michael L. Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

March 12, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————